IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERSON D. WALKER,<br><br>    Petitioner,<br><br>  vs.<br><br>B. CURRY, Warden,<br><br>    Respondent. | No. C 09-2791 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**<br><br>(Docket Nos. 9, 10) |

    Petitioner, a prisoner of the State of California has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. Respondent has filed an answer. Petitioner has filed two motions seeking an extension of time to file a traverse to Respondent's answer to the petition (docket nos. 9, 10). Good cause appearing, his requests for an extension of time are GRANTED (docket nos. 9, 10). Petitioner shall file his traverse on or before thirty days from the date of this order.

    IT IS SO ORDERED.

DATED: January 22, 2010

*Jeffrey S White*

JEFFREY S. WHITE
United States District Judge

|     |     |     |
| --- | --- | --- |
| 1   | UNITED STATES DISTRICT COURT | |
| 2   | FOR THE | |
| 3   | NORTHERN DISTRICT OF CALIFORNIA | |

JEFFERSON D WALKER,

        Plaintiff,

  v.

BOARD OF PAROLE HEARINGS et al,

        Defendant.

Case Number: CV09-02791 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jefferson D. Walker
California Training Facility
P.O. Box 689
C-49778
Soledad, CA 93960

Dated: January 22, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk