UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFERSON D. WALKER, | No. C 09-2791 LHK (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| B. CURRY, Warden, | |
| Respondent. | |

The petition having been granted, the Court hereby enters judgment in favor of Petitioner.

**IT IS SO ORDERED**.

DATED: January 25, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge